IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHARON NOWDEN                                                    PLAINTIFF

v.                            No. 4:12-cv-83-DPM

JACOB RODGER, Administrator;
DEMETRIA GRAY, Human Resources;
and EMERITUS SENIOR LIVING                        DEFENDANTS

ORDER

Rodger and Gray move to dismiss Nowden's Title VII race-discrimination claim against them. Nowden has offered no response to the motion; and her time to do so has passed. The motion, *Document No. 18*, is granted. Rodger and Gray are not "employers" within the meaning of Title VII. 42 U.S.C. § 2000e(b). Rodger is an administrator at Emeritus; and Gray works in human resources. Emeritus itself was Nowden's employer for Title VII purposes. Nowden's Title VII claim is therefore dismissed with prejudice as to Rodger and Gray.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 April 2012