IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHARON NOWDEN                                       PLAINTIFF

v.                         No. 4:12-cv-83-DPM

JACOB ROGER; DEBBIE GRAY;
and EMERITUS SENIOR LIVING                     DEFENDANTS

## JUDGMENT

Nowden's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
United States District Judge

8 January 2013