IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHARON NOWDEN                                                             PLAINTIFF

v.                               No. 4:12-cv-83-DPM

EMERITUS SENIOR LIVING                                              DEFENDANT

## ORDER

The Court notes Nowden's recent filing. This case is closed. To the extent Nowden seeks to reopen the case, that request is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 February 2016